# United States Bankruptcy Court
## Southern District of Ohio

In re  **Jeffrey Francis Howard**
**Deborah Sue Howard**
_____ Case No. _____
Debtor(s)   Chapter  **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **October 14, 2005**        **/s/ Jeffrey Francis Howard**
                                    **Jeffrey Francis Howard**
                                    Signature of Debtor

Date:  **October 14, 2005**        **/s/ Deborah Sue Howard**
                                    **Deborah Sue Howard**
                                    Signature of Debtor