Form a0ndfcfl

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215–2414**

In Re:  Jeffrey Francis Howard                                  Case No.: 2:05–bk–75540
      Deborah Sue Howard
          Debtor(s)                                                 Chapter:  13
SSN/TAX ID:
    xxx–xx–6012
    xxx–xx–7870

**NOTIFICATION OF DEFICIENCY**

The following deficiency was noted in your filing:

☑ In order for this case to be administered, it is necessary to file a Chapter 13 Plan within 15 days from the filing date of your petition.

☐ The PDF document does not match the docket text. Please file an amended document. Re:

☐ For future reference, a should be filed using

☐ The attached PDF document is unreadable. Please file an amended document. Re:

☐ The PDF document appears to be filed in an incorrect case. Please withdraw the document and file in the correct case or file an amended document. Re:

☐ Other Deficiencies:

Dated: October 19, 2005

                                                FOR THE COURT:
                                                Michael D Webb
                                                Clerk, U.S. Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0648-2          User: schwartzj          Page 1 of 1               Date Rcvd: Oct 19, 2005
Case: 05-75540                Form ID: a0ndfcfl        Total Served: 3

The following entities were served by first class mail on Oct 22, 2005.
aty          +Samuel L Calig,    854 E Broad St,    Columbus, OH 43205-1110
tr           +Frank M Pees,    130 East Wilson Bridge Road,    Suite 200,    Worthington, OH 43085-2391
ust          +Asst US Trustee (Col),    Office of the US Trustee,    170 North High Street,    Suite 200,
               Columbus, OH 43215-2417

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 22, 2005**                         Signature:  _Joseph Speetjens_