**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| Jeffrey Howard | : | Chapter 13 Proceedings |
|    Debtor | : | |
| | : | Case No. 05-75540 |
| xxx-xx-6012 | : | |

## MOTION TO IMPLEMENT WAGE ORDER FROM EMPLOYER

Now come Debtors, through Counsel, and moves the Court for an Order directing Debtors employer, **Center City International**, to withhold the Chapter 13 plan payments from Debtors wages in the amount of **$692.30** and on the frequency to be set forth in any order(s) to be entered by the Court.

Debtors further request that the employer transmit said periodic payments to the Chapter 13 Trustee for application to the Chapter 13 plan proposed by Debtors, on the same periodic basis set forth in such Court order(s). This Motion is filed in accordance with Local Bankruptcy Rule 3015-1 (e), and the requirement that funding of Debtor's Chapter 13 Plan payment be made by payroll deductions.

/s/ Samuel L. Calig
Samuel L. Calig (0012626)
Attorney for Debtor
854 E. Broad St.
Columbus, OH 43205
(614) 252-2300

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Motion to Implement Wage Order has been served **electronically** to the Office of the U.S. Trustee, 170 N. High Street, #200, Columbus, OH 43215-2417, and the Chapter 13 Trustee, 130 E. Wilson Bridge Rd., #200, Worthington, OH 43085-2391; and by **first class U.S. mail** to Jeffrey Howard, 1946 Westfiled Dirve, S, Columbus OH 43223 and Center City International, 4200 Currency Drive, Columbus OH 43228

Dated:  _12-05-05_____

/s/ Samuel L. Calig_____
Samuel L. Calig (0012626)
Attorney for Debtor
854 E. Broad St.
Columbus, OH 43205
(614) 252-2300