# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | : | Case No. 05-75540 |
| **Jeffrey Francis Howard,** | : | |
| **Deborah Sue Howard,** | : | Chapter 13 |
| | : | |
| **Debtors.** | : | Judge Preston |

[X] **STIPULATION OF THE VALUE OF SECURED COLLATERAL**

By agreement of the undersigned parties, a value of $ 1,812.00 is placed on the collateral of Claim Number ___ in the above-captioned Chapter 13 proceeding.

Creditor: CitiFinancial, Inc.

Description of Property: 1998 Hyundai Accent

[X] **INTEREST RATE STIPULATION AGREEMENT**

By agreement of the undersigned parties, the rate of interest at 7 % shall be paid on Claim Number ___ to CitiFinancial, Inc., a creditor in the above-captioned Chapter 13 proceeding.

Dated: 12/7/2005

/s/Frank M. Pees
Chapter 13 Trustee

/s/Samuel L. Calig
Counsel For Debtor(s)

CitiFinancial, Inc.
Secured Creditor

By: /s/D.L. Mains, Jr.
FRANK & WOOLDRIDGE CO., L.P.A.

/gmg

Copies To:

Chapter 13 Trustee
Counsel for Debtor(s)
Secured Creditor