**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: December 09, 2005**

Charles M. Caldwell
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| Jeffrey Howard | : | Chapter 13 Proceedings |
|    Debtor | : | |
| | : | Case No. 05-75540 |
| xxx-xx-6012 | : | |
| : | | |

### ORDER TO EMPLOYER TO WITHHOLD AND
### TRANSMIT DEDUCTION FROM DEBTOR'S PAY

    Debtor having proposed a plan for the adjustment of debt under Chapter 13 of the Bankruptcy Reform Act of 1978 (Title 11, United States Code) , this court now comes to establish an appropriate amount of money to be withheld from debtor's pay in order to facilitate compliance with debtor's plan.  The  employer is not authorized to deduct any administrative expenses or service fees for this deduction.  Based upon the foregoing, the debtor's plan, and pursuant to 11 U.S.C. §1325 (b) , it is

    **ORDERED that the employer of the debtor deduct the amount indicated below from debtor's pay and send that sum along with debtor's name, case number and social security number to:**

**Chapter 13 Trustee
P. O. Box 71-0795
Columbus, Ohio 43271-0795**

It is further ORDERED that the Chapter 13 Trustee apply the funds to debtor's payment schedule.  It is further ORDERED that pursuant to 11 U.S.C.11325 deductions shall remain in effect without further order from this Court, but that the deductions may terminate only upon appropriate notice to debtor's employer.

          Employer          **Center City International**
                                           **4200 Currency Drive**
                                           **Columbus OH 43228**

          Deduction          **$692.30 bi-weekly**

**IT IS SO ORDERED.**

Names and Full Addresses of Parties Served:

**Electronically:**

Office of the U.S. Trustee
170 N. High Street, #200
Columbus, OH 43215

Chapter 13 Trustee
130 E. Wilson Bridge Rd., #200
Worthington, OH 43085

Samuel L. Calig, Esq.
854 E. Broad Street
Columbus, OH 43205

**By U.S. mail:**

Jeffrey Howard
1946 Westfield Drive, South
Columbus Oh 43223

Center City International
4200 Currency Drive
Columbus OH 43228

                                                                   ###