UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DISTRICT

| | | |
|---|---|---|
| In re: | : | Case No. 05-75540 |
|   JEFFREY FRANCIS HOWARD | : | Chapter 13 |
|   DEBORAH SUE HOWARD | : | Judge:C KATHRYN PRESTON |
| | : | 341 Date:Wed Dec 07, 2005 |
| Debtor(s) | | AMENDED PLAN FILED 12/5/05 |

## CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION

    Now comes Frank M. Pees, Standing Chapter 13 Trustee, and objects to the confirmation of the plan and requests that the Court enter an order denying confirmation for the reasons set forth below and dismissing the case, pursuant to 11 §1307(c)(5).

  __X__  11 U.S.C.§1325(a)(1) - Plan does not comply with all provisions of Chapter 13 of Title 11 and the other applicable provisions of Title 11:

    ____  Debtor(s) failed to appear at the scheduled meeting of creditors.

    ____  Debtor(s) have failed to file a plan.

    ____  Debtor(s)' debts exceed the limits for non-contingent, liquidated, unsecured debt and/or for non-contingent, liquidated, secured debt.

    ____  Plan does not provide for full payment of claims entitled to priority under §507.

    ____  Plan unfairly discriminates with respect to treatment of certain debts.

    ____  Plan takes over 60 months to complete.

    ____  Trustee is unable to accurately determine length.

    ____  Debtor(s) failed to file a complete list of creditors, statement of financial affairs, and schedules including current income and expenses, pursuant to 11 U.S.C. §521.

    __X__  Other:
        AMEND PETITION AND FORM 21 TO REFLECT CORRECT SOCIAL
        SECURITY NUMBER FOR MR AND PROVIDE NOTICE. NOTIFY THE 3
        MAJOR CREDIT REPORTING AGENCIES

  ____  11 U.S.C.§1325(a)(3) - Plan has not been proposed in good faith.

  ____  11 U.S.C.§1325(a)(4) - Plan does not meet the best interest test.

    ____  Trustee is unable to accurately determine best interest as Debtor(s) failed to provide an acceptable appraisal, pursuant to LBR 3015-3(e)(3), and dividend is less than 100% to unsecured creditors.

    ____  Trustee is unable to accurately determine best interest as:

  ____  11 U.S.C. 1325(a)(5) - Plan does not provide for lien retention rights for secured creditors and/or interest rate for rejecting secured creditors.

    ___ Debtor(s) do not have liability insurance on all vehicles that are driven or as required by any relevant security agreement, pursuant to LBR 3015-3(e)(6).

    ___ Debtor(s) do not have insurance on their real estate, pursuant to LBR 3015(e)(6).

    ___ Other:

___ 11 U.S.C.§1325(a)(6) - Plan is not feasible based on income, living expenses, and plan payments.

    ___ Debtor(s) failed to tender payments as proposed by the plan.

    ___ Other:

___ 11 U.S.C.§1325(b) - Plan will complete in less than 36 months.

___ 11 U.S.C.§1325(b) - Plan does not meet disposable income test.

    ___ Debtor(s) failed to commit all disposable income to the plan for first 36 months.

    ___ Debtor(s) are contributing to a voluntary retirement plan.

    ___ Debtor(s) are repaying a voluntary retirement loan.

    ___ Debtor(s)' living expenses exceed reasonable amounts.

Pursuant to LBR 3015-2(a), amendments necessary to place the plan in a posture for confirmation must be filed at least three (3) days prior to the hearing on confirmation set for 01/05/2006, unless Debtor(s) has entered into an Agreed Order with the Trustee and so is bound by the terms of that Order.

Further, Trustee notes that:

___ Debtor(s) failed to attend Debtor Orientation.

___ Debtor(s)' counsel to add language to Confirmation Order to advise Trustee/Court:

_F_ Debtor(s)' counsel to file and serve Motion to Implement Wage Withholding.

___ Debtor(s)' counsel failed to file a statement of compensation paid, or such statement is not signed pursuant to Federal Rules of Bankruptcy Procedure 9011.

___ Other:

Therefore, the Trustee prays that confirmation is denied and this case be dismissed for cause pursuant to Section 1307(c)(5).

                                          Respectfully submitted

Date: 12/15/2005                       /s/ Frank M. Pees_____
                                          Frank M. Pees
                                          Standing Chapter 13 Trustee
                                          130 E. Wilson Bridge Road, #200
                                          Worthington, OH 43085-6300
                                          614-436-6700

```
ATTORNEY OF RECORD:      SAMUEL L CALIG ESQ
                             TERMS OF PLAN
1.   Solvency:  INSOLVENT
2.   Filing date of Petition: Fri Oct 14, 2005
3.   Confirmation Hearing Date: Thu Jan 05, 2006
4.   Dividend:  11.00%                       Best Interest Dividend:    .00%
5.                      PAYMENT SCHEDULE
     Payments(1)  1,500.00 For REM Months Payments(2)      .00 For    0 Months
     Payments(3)       .00 For   0 Months Payments(4)      .00 For    0 Months
     Payments(5)       .00 For   0 Months Payments(6)      .00 For    0 Months

6.   Length:  36 Months
7.                      CREDITORS PAID DIRECT
     Mortgage:
     Mortgage:
     Mortgage:

                         CONDUIT PAYMENTS
     Mortgage: COUNTRYWIDE HOME LOANS          Payment:    920.44
     Mortgage:                                 Payment:       .00
     Mortgage:                                 Payment:       .00

8.   Attorney Fees: 1,500.00  Paid:    600.00  Balance Due    900.00
9.   Motion for Wage Witholding: FILED
10.  Special Provisions:


11.  Debtor's Counsel to add language to Confirmation Order to Advise
     Trustee/Court of the following:


                              ###
```

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

In Re:   JEFFREY FRANCIS HOWARD                    Case No. 2-05-75540
         1946 WESTFIELD DR S
         COLUMBUS OH 43223                         Judge:   PRESTON

         DEBORAH SUE HOWARD                        Chapter 13


SSN(S)   XXX-XX-6012
         XXX-XX-7870

CERTIFICATE OF SERVICE

   The undersigned certifies that on the date shown below a copy of the Trustee's Objection to Confirmation was served electronically on the Office of the United States Trustee and debtor(s) attorney, and on the debtor(s) at the address as currently shown in the Trustee's records and by regular first class mail, postage prepaid.


December 15, 2005                          \s\ Frank M. Pees_____
                                           Frank M. Pees
Names and Full Addresses                   Chapter 13 Trustee
of Parties Served                          130 W. Wilson Bridge Rd., #200
                                           Worthington, Ohio 43085-6300
OFFICE OF THE UNITED STATES TRUSTEE        614-436-6700
170 N. HIGH STREET #200
COLUMBUS, OHIO 43215

SAMUEL L CALIG ESQ
854 E BROAD ST
COLUMBUS OH


JEFFREY FRANCIS HOWARD
1946 WESTFIELD DR S
COLUMBUS OH 43223


DEBORAH SUE HOWARD