**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

IN RE:
Jeffrey Howard
Deborah Howard
    Debtors

CASE NO.: 05-75540
Chapter 13
SSN:  xxx-xx-6012
SSN:  xxx-xx-7870

**NOTIFICATION OF INCORRECT SOCIAL SECURITY NUMBER FOR JEFFREY HOWARD ONLY**

**THE UNDERSIGNED AMENDS THE FOLLOWING:**

**SEE ATTACHED CORRECTED SOCIAL SECURITY NUMBER**

  /s/ Samuel L. Calig
**Samuel L. Calig  (0012626)
Attorney for Debtor
854 East Broad Street
Columbus, Ohio  43205
(614) 252-2300**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing Statement of Debtor's Amended Social Security Number has been served **electronically** to Frank M. Pees, Chapter 13 Trustee, 130 East Wilson Bridge Road, Suite 200, Worthington, OH 43085-2327, and The Assistant U.S. Trustee, 170 North High Street, Suite 200, Columbus, OH 43215, Experian, PO Box 949, Allen TX  75013, Trans Union PO Box 390, Springfield PA  19064 and Equifax, PO Box 740241, Atlanta GA  30374-0241 and the attached list this __19___ day of DECEMBER, 2005.

  /s/ Samuel L. Calig
Samuel L. Calig
Calig & Handelman, LPA
854 East Broad Street
Columbus, Ohio  43205
(614) 252-2300