05-09378

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 05-75540 |
| | ) | CHAPTER 13 |
| | ) | |
| Jeffrey Howard | ) | |
| Deborah Howard | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | Judge CALDWELL |
| | ) | |

**NOTICE OF APPEARANCE**

Please take notice that Scott P. Ciupak and the Law Offices of John D. Clunk hereby enter their appearance on behalf of MERS Inc, and its servicing agent, Countrywide Home Loans. Please send all notices to the undersigned.

        Respectfully submitted,

        The Law Offices of
        John D. Clunk Co., LPA

        **/s/ Scott P. Ciupak**
        Andrew A. Paisley #42515
        Scott P. Ciupak (#0076117)
        5601 Hudson Dr.
        Hudson, Ohio 44236
        (330) 342-8203 (telephone)
        (330) 342-8205 (fax)
        ceubank@johndclunk.com

## CERTIFICATE OF SERVICE

A copy of the foregoing Movant's Notice of Appearance was served by regular U.S. Mail this 21st day of December, 2005 upon the following parties in interest at the addresses stated:

Jeffrey Howard
1946 Westfield Dr. S
Columbus, OH  43223-

Deborah Howard
1946 Westfield Dr. S
Columbus, OH  43223

Samuel L. Calig, Esquire
854 E. Broad St.
Columbus, OH 43205

Frank M. Pees, Trustee
130 E Wilson Bridge Rd Ste 200
Worthington, OH 43085

Office of the U.S. Trustee
The Schaff Building
170 North High Street, Suite 200
Columbus, OH 43215

  /S/ Scott P. Ciupak
Attorney for Plaintiff