05-09349

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 05-75540 |
| | ) | CHAPTER 13 |
| | ) | |
| Jeffrey  F. Howard | ) | |
| Deborah Sue Howard | ) | |
| | ) | |
| | ) | |
| Debtors | ) | Judge CALDWELL |
| | ) | |

## NOTICE OF APPEARANCE

Please take notice that Scott P. Ciupak and the Law Offices of John D. Clunk hereby

enter their appearance on behalf of America's Wholesale Lender, and its servicing agent,

Countrywide Home Loans.  Please send all notices to the undersigned.

Respectfully submitted,

The Law Offices of
John D. Clunk Co., LPA

**/s/ Scott P. Ciupak**
Andrew A. Paisley #42515
Scott P. Ciupak (#0076117)
5601 Hudson Dr.
Hudson, Ohio  44236
(330) 342-8203 (telephone)
(330) 342-8205 (fax)
ceubank@johndclunk.com

## CERTIFICATE OF SERVICE

A copy of the foregoing Movant's Notice of Appearance was served by regular U.S.

Mail this 21st day of December, 2005 upon the following parties in interest at the addresses

stated:

Jeffrey  F. Howard
1946 Westfield Dr S
Columbus, OH  43223

Deborah Sue Howard
1946 Westfield Dr S
Columbus, OH  43223

Samuel L. Calig
854 E. Broad St.
Culumbus, OH 43205

Frank M. Pees
130 E Wilson Bridge Rd Ste 200
Worthington, OH 43085

Office of the U.S. Trustee
The Schaff Building
170 North High Street, Suite 200
Columbus, OH 43215


  /S/ Scott P. Ciupak_____
Attorney for Plaintiff