UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: JEFFREY FRANCIS HOWARD | : | Chapter 13 |
| DEBORAH SUE HOWARD | : | |
| | : | |
| SSN(s) XXX-XX-6012 | : | Case No.  05-75540 |
| XXX-XX-7870 | : | |
| | : | |
| Debtor(s) | : | JUDGE CALDWELL |
| | | AMENDED PETITION |

## WITHDRAWAL OF
## OBJECTION TO CONFIRMATION

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and withdraws his Objection to Confirmation filed on 12/15/2005 and therefore recommends to the Court that the Debtor(s) Plan be confirmed.

Trustee notes that payments are current.

Respectfully submitted,

Dated:  12/27/2005

\s\ Frank M. Pees_____
Frank M. Pees
Chapter 13 Trustee
130 E. Wilson Bridge Road
Worthington, Ohio 43085-6300
(614) 436-6700

ATTORNEY OF RECORD: **SAMUEL L CALIG ESQ**

### TERMS OF PLAN

1.  Solvency:  **INSOLVENT**
2.  Filing date of Petition: **Fri Oct 14, 2005**
3.  Confirmation Hearing Date: **Thu Jan 05, 2006**
4.  Dividend: **11.00%**                    Best Interest Dividend:    **.00%**
5.                        PAYMENT SCHEDULE

    Payments(1) **1,500.00** For **REM** Months Payments(2)    .00 For   0 Months
    Payments(3)    .00 For   0 Months Payments(4)    .00 For   0 Months
    Payments(5)    .00 For   0 Months Payments(6)    .00 For   0 Months

6.  Length: **36** Months
7.                     CREDITORS PAID DIRECT

    Mortgage:
    Mortgage:
    Mortgage:

### CONDUIT PAYMENTS

    Mortgage:**COUNTRYWIDE HOME LOANS**         Payment:   **920.44**
    Mortgage:                     Payment:    .00
    Mortgage:                     Payment:    .00

8.  Attorney Fees: **1,500.00**  Paid:  **600.00**  Balance Due  **900.00**
9.  Motion for Wage Witholding: **FILED**
10. Special Provisions:


11. Debtor's Counsel to add language to Confirmation Order to Advise
    Trustee/Court of the following:


                ###

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF OHIO

### EASTERN DIVISION

In Re:  JEFFREY FRANCIS HOWARD                    Case No. 2-05-75540
        1946 WESTFIELD DR S
        COLUMBUS OH 43223                          Judge:  CALDWELL

        DEBORAH SUE HOWARD                         Chapter 13


SSN(S)  XXX-XX-6012
        XXX-XX-7870

## CERTIFICATE OF SERVICE

    The undersigned certifies that on the date shown below a copy of the
Trustee's Withdrawal of Objection to Confirmation was served
electronically on the Office of the United States Trustee and debtor(s)'
attorney, and on the debtor(s) at the address as currently shown in the
Trustee's records and by regular first class mail, postage prepaid.


December 27, 2005                      \s\ Frank M. Pees_____
                                       Frank M. Pees
Names and Full Addresses               Chapter 13 Trustee
of Parties Served                      130 W. Wilson Bridge Rd., #200
                                       Worthington, Ohio 43085-6300
OFFICE OF THE UNITED STATES TRUSTEE    614-436-6700
170 N. HIGH STREET #200
COLUMBUS, OHIO 43215

SAMUEL L CALIG ESQ
854 E BROAD ST
COLUMBUS OH


JEFFREY FRANCIS HOWARD
1946 WESTFIELD DR S
COLUMBUS OH 43223


DEBORAH SUE HOWARD