**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: December 30, 2005**

Charles M. Caldwell
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| Jeffrey Howard | : | Chapter 13 Proceedings |
|    Debtor | : | |
| | : | Case No. 05-75540 |
| xxx-xx-6012 | : | |
| : | | |

### AMENDED ORDER TO EMPLOYER TO WITHHOLD AND
### TRANSMIT DEDUCTION FROM DEBTOR'S PAY

    Debtor having proposed a plan for the adjustment of debt under Chapter 13 of the Bankruptcy Reform Act of 1978 (Title 11, United States Code) , this court now comes to establish an appropriate amount of money to be withheld from debtor's pay in order to facilitate compliance with debtor's plan.  The  employer is not authorized to deduct any administrative expenses or service fees for this deduction.  Based upon the foregoing, the debtor's plan, and pursuant to 11 U.S.C. §1325 (b) , it is

    **ORDERED** that the employer of the debtor deduct the amount indicated below from debtor's pay and send that sum along with debtor's name, case number and social security number to:

**Chapter 13 Trustee**
**P. O. Box 71-0795**
**Columbus, Ohio 43271-0795**

It is further ORDERED that the Chapter 13 Trustee apply the funds to debtor's payment schedule.  It is further ORDERED that pursuant to 11 U.S.C.11325 deductions shall remain in effect without further order from this Court, but that the deductions may terminate only upon appropriate notice to debtor's employer.

        Employer        **Center City International**
                              **4200 Currency Drive**
                              **Columbus OH 43228**

        Deduction       **$750.00 SEMI MONTHLY**

**IT IS SO ORDERED.**

Names and Full Addresses of Parties Served:

**Electronically:**

Office of the U.S. Trustee
170 N. High Street, #200
Columbus, OH 43215

Chapter 13 Trustee
130 E. Wilson Bridge Rd., #200
Worthington, OH 43085

Samuel L. Calig, Esq.
854 E. Broad Street
Columbus, OH 43205

**By U.S. mail:**

Jeffrey Howard
1946 Westfield Drive, South
Columbus Oh 43223

Center City International
4200 Currency Drive
Columbus OH 43228

                                              ###

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0648-2          User: schwartzj           Page 1 of 1               Date Rcvd: Jan 03, 2006
Case: 05-75540                Form ID: pdf01            Total Served: 6

The following entities were served by first class mail on Jan 05, 2006.
db         +Jeffrey Francis Howard,   1946 Westfield Dr. S.,   Columbus, OH 43223-3769
jdb        +Deborah Sue Howard,   1946 Westfield Dr. S.,   Columbus, OH 43223-3769
aty        +Samuel L Calig,   854 E Broad St,   Columbus, OH 43205-1110
tr         +Frank M Pees,   130 East Wilson Bridge Road,   Suite 200,   Worthington, OH 43085-2391
ust        +Asst US Trustee (Col),   Office of the US Trustee,   170 North High Street,   Suite 200,
              Columbus, OH 43215-2417
           +Center City International,   4200 Currency Drive,   Columbus, OH 43228-4821

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 05, 2006              Signature: _Joseph Speetjens_