# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 05-75540 |
| Jeffrey Francis Howard | | |
| Deborah Sue Howard | : | Chapter 13 (Judge Caldwell) |
| SSN xxx-xx-6012 | | |
| SSN xxx-xx-7870 | : | |

### OBJECTION TO PROOF OF CLAIM

Now comes Frank M. Pees, Chapter 13 Trustee, and objects to Claim #7 of Countrywide Home Loans. Said claim was filed on December 21, 2005 in the amount of $18,029.16. The Trustee recommends that said claim be allowed as a general unsecured claim for the purpose of distribution.

### MEMORANDUM

Countrywide Home Loans filed a claim on December 21, 2005 in the amount of $18,029.16. The claim was filed as secured by a Mortgage and Deed signed on April 15. 2004. The real estate appraisal filed in this case on November 2, 2005 indicates a value of $83,200.00. The holder of the first mortgage, Countrywide Home Loans, filed a claim on December 21, 2005 in the amount of $95,930.83. The amount owed on the first mortgage exceeds the value of the real estate, and there is no equity remaining on which the second mortgage could attach. Accordingly, the Trustee recommends that this claim be allowed as a general unsecured claim for the purpose of distribution.

Respectfully submitted,

*/s/ Frank M. Pees*
Frank M. Pees
Chapter 13 Trustee
130 East Wilson Bridge Road #200
Worthington, Ohio 43085
(614) 436-6700
fmp007@ch13.org

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No.  05-75540 |
| Jeffrey Francis Howard | | |
| Deborah Sue Howard | : | Chapter 13 (Judge Caldwell) |
| 1946 Westfield Dr. S. | | |
| Columbus, OH   43223 | : | |
| SSN   xxx-xx-6012 | | |
| SSN   xxx-xx-7870 | : | |

## **NOTICE OF OBJECTION TO CLAIM**

The Chapter 13 Trustee has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, then on or before thirty (30) days from the date below, you or your attorney must:

File with the Court a written response to the objection, explaining your position at:

Clerk, U.S. Bankruptcy Court
170 N. High Street
Columbus, Ohio 43215

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before thirty (30) days from the date below.

You must also mail a copy to:        Frank M. Pees
Chapter 13 Trustee
130 East Wilson Bridge Road #200
Worthington, Ohio 43085

Office of the U.S. Trustee
170 N High Street  #200
Columbus, Ohio  43215

Attend the hearing on the objection, scheduled to be held on _____, at _____a.m./p.m. in Courtroom _____at :

Clerk, U.S. Bankruptcy Court
170 N High Street  #200
Columbus, Ohio  43215

If you or your attorney does not take these steps, the court may decide that you do not oppose the objection to your claim.

Date:  **February 1, 2006**            Signature: */s/ Frank M. Pees*
                                        Name:     Frank M. Pees
                                        Address:  130 E. Wilson Bridge Road #200
                                                  Worthington, Ohio 43085
                                                  fmp007@ch13.org

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No.  05-75540 |
| Jeffrey Francis Howard | | |
| Deborah Sue Howard | : | Chapter 13 (Judge Caldwell) |
| SSN   xxx-xx-6012 | | |
| SSN   xxx-xx-7870 | : | |

### NOTICE AND CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the attached Objection to Proof of Claim was served this date on the parties whose names and addresses are listed below by regular U.S. mail, postage pre-paid or electronically mailed and for **NOTICE** that the attached request for relief has been filed with the Court.  The undersigned will present to the Court a proposed order granting the relief sought unless within thirty (30) days from this date a written memorandum in opposition, on request for a hearing on such opposition, is filed with the Court and served on the undersigned.

Dated: **February 1, 2006**

*/s/ Frank M. Pees*
Frank M. Pees
Chapter 13 Trustee
130 East Wilson Bridge Road #200
Worthington, Ohio 43085
(614) 436-6700
fmp007@ch13.org

**Notice will be electronically mailed to:**

Asst US Trustee (Col)
ustpregion09.cb.ecf@usdoj.gov

Frank M Pees
trustee@ch13.org

Samuel L Calig
calighandelman@ameritech.net

**Regular US mail postage pre-paid:**

| | |
|---|---|
| Jeffrey Francis Howard | Countrywide Home Loans |
| Deborah Sue Howard | 400 Countrywide Way |
| 1946 Westfield Dr. S | Mail Stop SV-46 |
| Columbus, OH   43223 | Simi Valley, CA   93065 |
| | Attn: BK Department |