**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: March 06, 2006**

Charles M. Caldwell
United States Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 05-75540 |
| Jeffrey Francis Howard | | |
| Deborah Sue Howard | : | Chapter 13 (Judge Caldwell) |
| SSN   xxx-xx-6012 | | |
| SSN   xxx-xx-7870 | : | |

### ORDER ON OBJECTION TO PROOF OF CLAIM

The unopposed objection of the Chapter 13 Trustee to Claim #7 of Countrywide Home Loans is sustained.

It is hereby ordered that the claim of said creditor, filed on December 21, 2005 in the amount of $18,029.16, be allowed as a general unsecured claim for the purpose of distribution.

IT IS SO ORDERED.

Page 2
Howard
Case No. 05-75540

**Notice will be electronically mailed to:**

Asst US Trustee (Col)
ustpregion09.cb.ecf@usdoj.gov

Frank M Pees
trustee@ch13.org

Samuel L Calig
calighandelman@ameritech.net

**Regular US mail postage pre-paid:**

| | |
|---|---|
| Jeffrey Francis Howard<br>Deborah Sue Howard<br>1946 Westfield Dr. S<br>Columbus, OH   43223 | Countrywide Home Loans<br>400 Countrywide Way<br>Mail Stop SV-46<br>Simi Valley, CA   93065<br>Attn: BK Department |

###