UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
IN RE: JEFFREY FRANCIS and DEBORAH SUE HOWARD    Case No. 05-75540
       1946 WESTFIELD DR S
       COLUMBUS OH 43223                         Chapter 13

                                                 Judge CHARLES M. CALDWELL

SSN #(1):XXX-XX-6012
SSN #(2):XXX-XX-7870
```

## NOTICE OF INTENTION
## TO PAY CLAIMS

   NOTICE is hereby given of the intention of the Chapter 13 Trustee,
FRANK M PEES , to pay the claims of creditors named and in the amounts set
forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files
an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within
twenty (20) days of the date of this NOTICE, disbursements on said claims shall
be paid pursuant to the terms set forth in the Debtor's confirmed Chapter 13
plan.

| CR NO | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|-------|------------------------------|--------|----------|----------|----------------|
| 270370 33/008 | CAPITAL ONE BANK % TSYS DEBT MANAGEMENT PO BOX 5155 NORCROSS GA 30091 | 941.12 | 11.00 % | .00 % | UNSECURED |
| 271023 24/001 | CITIFINANCIAL 3025 W BROAD ST COLUMBUS OH 43204 | 1,812.00 | 100.00 % | 7.00 % | SECURED |
| 271023 33/001 | CITIFINANCIAL 3025 W BROAD ST COLUMBUS OH 43204 | 8,617.35 | 11.00 % | .00 % | UNSECURED |
| 078519 21/002 | COUNTRYWIDE HOME LOANS 400 COUNTRYWIDE WAY SV 46 SIMI VALLEY CA 93065 | CONTINUING | 100.00 % | .00 % | MORTGAGE |

PAGE 1 - CONTINUED ON NEXT PAGE

CASE NO. 05-75540 JEFFREY FRANCIS and DEBORAH SUE HOWARD

| CR NO | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 078519 24/003 | COUNTRYWIDE HOME LOANS 400 COUNTRYWIDE WAY SV 46 SIMI VALLEY CA 93065 | 1,979.90 | 100.00 % | .00 % | SECURED ARREAR |
| 078519 33/004 | COUNTRYWIDE HOME LOANS 400 COUNTRYWIDE WAY SV 46 SIMI VALLEY CA 93065 | 18,029.16 | 11.00 % | .00 % | UNSECURED |
| 078519 33/015 | COUNTRYWIDE HOME LOANS 400 COUNTRYWIDE WAY SV 46 SIMI VALLEY CA 93065 | NOT FILED | 11.00 % | .00 % | UNSECURED |
| 611509 33/009 | FINGERHUT 11 MCLELAND RD ST CLOUD MN 56395 | NOT FILED | 11.00 % | .00 % | UNSECURED |
| 267223 24/005 | GUARDIAN FINANCE 6035 E MAIN ST COLUMBUS OH 43213 | 50.00 | 100.00 % | .00 % | SECURED |
| 267223 24/006 | GUARDIAN FINANCE 6035 E MAIN ST COLUMBUS OH 43213 | NOT FILED | 100.00 % | 7.00 % | SECURED |
| 267223 33/005 | GUARDIAN FINANCE 6035 E MAIN ST COLUMBUS OH 43213 | 228.18 | 11.00 % | .00 % | UNSECURED |
| 706455 33/010 | HOUSEHOLD FINANCE PO BOX 4135 K CAROL STREAM IL 60197 | NOT FILED | 11.00 % | .00 % | UNSECURED |
| 642015 00/022 | JOHN D CLUNK ESQ 5601 HUDSON DR STE 400 HUDSON OH 44236 | NOT FILED | .00 % | .00 % | NOTICE ONLY |
| 266881 10/023 | JS & ASSOCIATES APPRAISAL SVCS PO BOX 360713 COLUMBUS OH 43236 | 175.00 | 100.00 % | .00 % | APPRAISER |

PAGE  2 - CONTINUED ON NEXT PAGE

CASE NO. 05-75540 JEFFREY FRANCIS and DEBORAH SUE HOWARD

| CR NO | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 170170 00/021 | OFFICE OF THE US TRUSTEE<br>170 N HIGH ST STE 200<br>COLUMBUS OH 43215 | NOT FILED | .00 % | .00 % | NOTICE ONLY |
| 324621 33/017 | RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603 | 217.01 | 11.00 % | .00 % | UNSECURED |
| 012963 33/018 | SEVENTH AVENUE<br>PO BOX 2804<br>MONROE WI 53566 | NOT FILED | 11.00 % | .00 % | UNSECURED |
| 065391 24/007 | US BANK/RETAIL PYMNT SOLUTIONS<br>PO BOX 5229<br>CINCINNATI OH 45201 | 8,000.00 | 100.00 % | .00 % | SECURED |
| 065391 33/007 | US BANK/RETAIL PYMNT SOLUTIONS<br>PO BOX 5229<br>CINCINNATI OH 45201 | 4,798.81 | 11.00 % | .00 % | UNSECURED |
| 033629 33/020 | WELLS FARGO FINANCIAL OH INC<br>4137 121ST ST<br>URBANDALE IA 50323 | 579.61 | 11.00 % | .00 % | UNSECURED |
| 376970 33/012 | WORLD FINANCIAL NETWORK BANK<br>% WEINSTEIN & RILEY<br>2101 4TH AVE #900<br>SEATTLE WA 98121 | 364.82 | 11.00 % | .00 % | UNSECURED |
| 376970 33/013 | WORLD FINANCIAL NETWORK BANK<br>% WEINSTEIN & RILEY<br>2101 4TH AVE #900<br>SEATTLE WA 98121 | 612.58 | 11.00 % | .00 % | UNSECURED |
| 376970 33/016 | WORLD FINANCIAL NETWORK BANK<br>% WEINSTEIN & RILEY<br>2101 4TH AVE #900<br>SEATTLE WA 98121 | 216.76 | 11.00 % | .00 % | UNSECURED |
| 174324 33/011 | eCAST SETTLEMENT CORPORATION<br>PO BOX 35480<br>NEWARK NJ 07193 | 455.69 | 11.00 % | .00 % | UNSECURED |

PAGE   3 - CONTINUED ON NEXT PAGE

CASE NO. 05-75540 JEFFREY FRANCIS and DEBORAH SUE HOWARD

| CR NO | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 174324 33/014 | eCAST SETTLEMENT CORPORATION PO BOX 35480 NEWARK NJ 07193 | 529.80 | 11.00 % | .00 % | UNSECURED |
| 174321 33/019 | oCAST SETTLEMENT CORPORATION PO BOX 35480 NEWARK NJ 07193 | 157.77 | 11.00 % | .00 % | UNSECURED |
|  |  TOTAL | 48,065.56 |  |  |  |
| 003407 | SAMUEL L CALIG ESQ 854 E BROAD ST COLUMBUS OH 43205 | 900.00 |  |  | ATTORNEY |

Copies of this Notice have been mailed to debtor(s) and to counsel for debtor(s) this date, at their addresses as they appear in this proceeding.

DATE: August 9, 2006

/s/ Frank M. Pees
_____
FRANK M PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON OH 43085
(614) 436-6700