**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: November 06, 2006**

Charles M. Caldwell
United States Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 05-75540 |
| Jeffrey Francis Howard | | |
| Deborah Sue Howard | : | Chapter 13 (Judge Caldwell) |
| SSN xxx-xx-6012 | | |
| SSN xxx-xx-7870 | : | |

### ORDER MODIFYING DEBTORS' CHAPTER 13 PLAN

This matter is before the Court upon the Chapter 13 Trustee's Motion to Modify Debtors' Chapter 13 Plan. The Court finds the Motion to be well taken, and therefore SUSTAINS the Motion to Modify. The dividend for unsecured creditors is hereby increased to 22 percent (22%).

IT IS SO ORDERED.

Page 2
Howard
Case No. 05-75540

**Notice will be electronically mailed to:**

Asst US Trustee (Col)
ustpregion09.cb.ecf@usdoj.gov

Frank M Pees
trustee@ch13.org

Samuel L Calig
caligandhandelman@ameritech.net

**Regular US mail postage pre-paid:**
Jeffrey Francis Howard
Deborah Sue Howard
1946 Westfield Drive South
Columbus, Ohio 43223

###