UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: JEFFREY FRANCIS & DEBORAH SUE HOWARD          Case No.  05-75540
       1946 WESTFIELD DR S
       COLUMBUS OH 43223                             Chapter 13

                                                     Judge   CHARLES M. CALDWELL

SSN #(1):XXX-XX-6012
SSN #(2):XXX-XX-7870

NOTICE OF INTENTION
TO PAY ADDITIONAL CLAIM

NOW comes the Trustee and notifies the debtor(s) and the debtor(s) attorney of record that the following claim was filed against the estate of the debtor(s) and that such claim was not included in the previous Notice of Intention to Pay Claims:

| CR NO | NAME AND ADDRESS OF CREDITOR | AMOUNT | % TO PAY | CLASSIFICATION |
|---|---|---|---|---|
| 078519 0002 | COUNTRYWIDE HOME LOANS<br>400 COUNTRYWIDE WAY SV 46<br>SIMI VALLEY CA<br>93065 | CONTINUING<br>$1,013.42<br>PER MONTH | 100.00 | MORTGAGE<br>R/E 1ST CONDUI |

The Trustee has examined the claim as filed and pursuant to 11 U.S.C. 502(a) the claim is deemed allowed for the amount claimed, payable in the manner classified, subject to the provisions of the Chapter 13 Plan and other Court orders.

NOTICE IS HEREBY GIVEN of the intention of the Chapter 13 Trustee to pay the claim of the creditor named and in the amount set forth above pursuant to 11 U.S.C. 502(a) Rule of Bankruptcy Procedure. Unless within (20) days after this date an Objection to Payment of the claim along with a Request for Hearing is filed with the Court, and served on the undersigned, the claim shall be paid.

A copy of this notice was served upon the debtor(s) and the debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at their addresses as they appear in this proceeding.

DATE: FEB 21 2007                                    _____
                                                     Chapter 13 Trustee

Attorney for Debtor:                                 FRANK M PEES TRUSTEE
SAMUEL L CALIG ESQ                                   130 E WILSON BRIDGE RD #200
854 E BROAD ST                                       WORTHINGTON OH 43085
COLUMBUS OH 43205                                    (614) 436-6700