**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: May 15, 2007**

Charles M. Caldwell
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
In Re: JEFFREY FRANCIS HOWARD            Chapter   13


SSN(S) XXX-XX-6012             :         Case No.   05-75540


Debtor                         :         JUDGE    CALDWELL
```

AMENDED
ORDER TO EMPLOYER TO WITHHOLD AND
TRANSMIT DEDUCTIONS FROM DEBTOR'S PAY

   Debtor having proposed a plan for the adjustment of debt under Chapter 13 of the Bankruptcy Reform Act of 1978 (Title 11, United States Code), this Court now comes to establish an appropriate amount of money to be withheld from debtor's pay in order to facilitate compliance with debtor's plan.  The employer is not authorized to deduct any administrative expenses or service fees for this deduction.  Based upon the foregoing, the debtor's plan, and pursuant to 11 U.S.C.§1325(b), it is

   ORDERED that the employer of the debtor deduct the amount indicated below from debtor's pay and send that sum along with debtor's name, case number and social security number to:

Chapter 13 Trustee
P. O. Box 71-0795
Columbus, Ohio  43271-0795

   It is Further ORDERED that the Chapter 13 Trustee apply the funds to debtor's payment schedule.  It is further ORDERED that

pursuant to 11 U.S.C.11325 deductions shall remain in effect without further order from this Court, but that the deductions may terminate only upon appropriate notice to debtor's employer.

```
Employer   CENTER CITY INT'L TRUCKS
           4200 CURRENCY DR
           COLUMBUS OH 43228


Deduction $   692.30    BI-WEEKLY
```

**IT IS SO ORDERED**

Names and Full Addresses
of Parties Served

OFFICE OF THE UNITED STATES TRUSTEE
170 N. HIGH STREET #200
COLUMBUS, OHIO 43215

SAMUEL L CALIG ESQ
854 E BROAD ST
COLUMBUS OH 43205

JEFFREY FRANCIS HOWARD
1946 WESTFIELD DR S
COLUMBUS OH 43223

CENTER CITY INT'L TRUCKS
4200 CURRENCY DR
COLUMBUS OH  43228

DEBORAH SUE HOWARD
1946 WESTFIELD DR S
COLUMBUS OH 43223

###