## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

IN RE:                                                                                                    Bky. No. 05-75540

JEFFREY FRANCIS HOWARD & DEBORAH SUE                              Chapter 13 Case
HOWARD,

**DEBTOR(S)**

## REQUEST FOR SERVICE

Pursuant to Bankruptcy Rule 2002(g), the undersigned creditor in the above-captioned case requests all parties in interest to serve copies of notices and all papers (including pleadings, motions, applications, orders, financial and other reports) served or filed in this case upon the undersigned at the office address and telephone number set forth below.

Sovereign Bank New England
P.O. Box 130424
Roseville, MN  55113
(651) 367-2000

Dated: January 16, 2008

**Sovereign Bank New England**

By __R. Tandberg__
R. Tandberg
P.O. Box 130424
Roseville, MN  55113
(651) 367-2011

90056019583