**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215–2414**

---

In Re: Jeffrey Francis Howard
     Deborah Sue Howard
         Debtor(s)

SSN/TAX ID:
    xxx–xx–6012
    xxx–xx–7870

Case No.: 2:05–bk–75540

Chapter: 13

Judge: Charles M Caldwell

---

# NOTICE OF FILING TRANSFERRED OR ASSIGNED PROOF(S) OF CLAIM

A transfer/assignment of claim(s) was filed in the above proceeding by Portfolio Recoery Associates for the transfer of a claim originally filed by LVNV Funding LLC .

The transfer/assignment designates as the transferor and as the transferee.

Notice is given that:

The deadline to file a written objection to the transfer/assignment of the proof(s) of claim is July 17, 2008. If no objection is filed, the transferee shall be substituted for the transferor in accordance with Bankruptcy Rule 3001(e)(2).

Dated: June 27, 2008

                                 FOR THE COURT:
                                 Kenneth Jordan
                                 Clerk, U.S. Bankruptcy Court