Form 210A (10/06)

# United States Bankruptcy Court

SOUTHERN DISTRICT OF OHIO AT COLUMBUS

In re JEFFREY FRANCIS HOWARD  
      DEBORAH SUE HOWARD

Case No. **05-75540**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

ROUNDUP FUNDING, L.L.C.  
Name of Transferee

World Financial Network National Bank  
Name of Transferor

Name and Address where notices to transferee should be sent:
  ROUNDUP FUNDING, L.L.C.
  MS 550
  PO Box 91121
  SEATTLE, WA 98111-9221

Court Claim # (if known): 10  
Amount of Claim: $364.82  
Date Claim Filed: 2/6/2006

Phone: 1-866-670-2361  
Last Four Digits of Acct #: 9744

Phone: (866)670-2361  
Last Four Digits of Acct #: 9744

Name and Address where transferee payments should be sent (if different from above):

Phone: _____  
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ LINH K. TRAN  
     Transferee/Transferee's Agent

Date: 10/8/2008

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

