Form 210A (10/06)

# United States Bankruptcy Court

SOUTHERN DISTRICT OF OHIO AT COLUMBUS

In re **JEFFREY FRANCIS HOWARD**      Case No. **05-75540**
    **DEBORAH SUE HOWARD**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **ROUNDUP FUNDING, L.L.C.** <br> Name of Transferee | World Financial Network National Bank <br> Name of Transferor |
| Name and Address where notices to transferee should be sent: <br>     ROUNDUP FUNDING, L.L.C. <br>     MS 550 <br>     PO Box 91121 <br>     SEATTLE, WA 98111-9221 | Court Claim # (if known): **9** <br> Amount of Claim: $**612.58** <br> Date Claim Filed: **2/6/2006** |
| Phone: **1-866-670-2361** | Phone: **(866)670-2361** |
| Last Four Digits of Acct #: **6487** | Last Four Digits of Acct #: **6487** |

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ LINH K. TRAN            Date: **10/8/2008**
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

