**Form 210A (10/06)**

# United States Bankruptcy Court

SOUTHERN DISTRICT OF OHIO AT COLUMBUS

In re <u>JEFFREY FRANCIS HOWARD</u>      Case No. **05-75540**
     <u>DEBORAH SUE HOWARD</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>ROUNDUP FUNDING, L.L.C.</u>         <u>World Financial Network National Bank-Roaman's</u>
Name of Transferee                Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): <u>11</u>
should be sent:                         Amount of Claim: $<u>216.76</u>
    ROUNDUP FUNDING, L.L.C.        Date Claim Filed: <u>02/06/2006</u>
    MS 550
    PO Box 91121
    SEATTLE, WA 98111-9221
Phone: <u>1-866-670-2361</u>             Phone: <u>(866)670-2361</u>
Last Four Digits of Acct #: <u>4202</u>       Last Four Digits of Acct #: <u>4202</u>

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ LINH  K.  TRAN</u>         Date: <u>12/9/2008</u>
    Transferee/Transferee's Agent
    PO Box 91121
    Seattle, WA 98111-9221
    Phone:(866)670-2361
    Email: bline.chapter13@blinellc.com
    WSBA #33885

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

