Form a0asgncl

# United States Bankruptcy Court
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215–2414

In Re: Jeffrey Francis Howard
      Deborah Sue Howard
          Debtor(s)
SSN/TAX ID:
    xxx–xx–6012
    xxx–xx–7870

Case No.: 2:05–bk–75540

Chapter: 13

Judge: Charles M Caldwell

## NOTICE OF FILING TRANSFERRED OR ASSIGNED PROOF(S) OF CLAIM

A transfer/assignment of claim(s) was filed in the above proceeding by Roundup Funding LLC for the transfer of a claim originally filed by World Financial Network National Bank–.

The transfer/assignment designates World Financial Network National Bank– as the transferor and Roundup Funding LLC as the transferee.

Notice is given that:

The deadline to file a written objection to the transfer/assignment of the proof(s) of claim is December 31, 2008. If no objection is filed, the transferee shall be substituted for the transferor in accordance with Bankruptcy Rule 3001(e)(2).

Dated: December 11, 2008

                              FOR THE COURT:
                              Kenneth Jordan
                              Clerk, U.S. Bankruptcy Court