IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: JEFFREY FRANCIS HOWARD<br>DEBORAH SUE HOWARD<br>1946 WESTFIELD DR S<br>COLUMBUS, OH 43223<br><br>SSN #(1): XXX-XX-6012<br>SSN #(2): XXX-XX-7870 | CASE NO: 05-75540<br><br>CHAPTER 13<br><br>JUDGE: CHARLES M. CALDWELL |

NOTICE OF INTENTION
TO PAY ADDITIONAL CLAIM

NOW comes the Trustee and notifies the debtor(s) and the debtor(s) attorney of record that the following claim was filed against the estate of the debtor(s), and that such claim was not included in the previous Notice of Intent to Pay Claims:

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | % TO PAY | CLASSIFICATION |
|---|---|---|---|---|
| 00002 | COUNTRYWIDE HOME LOANS<br>400 COUNTRYWIDE WAY SV 46<br>SIMI VALLEY, CA 93065 | 832.26<br>CONTINUING | 100.00 | MORTGAGE |

The Trustee has examined the claim as filed and pursuant to 11 U.S.C. 502(a) the claim is deemed allowed for the amount claimed, payable in the manner classified, subject to the provisions of the Chapter 13 Plan and other Court orders.

NOTICE IS HEREBY GIVEN of the intention of the Chapter 13 Trustee to allow the claim of the creditor named in the amount set forth above pursuant to 11 U.S.C. 502(a), and Rule 3010 (b), Rules of Bankruptcy Procedure. Unless within twenty (20) days after this date an Objection to Claim along with a Notice of Motion and Opportunity for Hearing is filed with the Court, and served on the undersigned, and the claimant, the claim shall be allowed.

A copy of this Notice was served upon the debtor(s) and the debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at their address as they appear in this proceeding.

| | |
|---|---|
| Dated: June 01, 2009 | /s/Frank M. Pees<br>Chapter 13 Trustee |
| Attorney for Debtor:<br>SAMUEL L CALIG ESQ<br>854 E BROAD ST<br>COLUMBUS, OH 43205 | FRANK M. PEES TRUSTEE<br>130 E WILSON BRIDGE RD #200<br>WORTHINGTON, OH 43085-6300<br>(614)436-6700 |