IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: JEFFREY FRANCIS HOWARD<br>DEBORAH SUE HOWARD<br>1946 WESTFIELD DR S<br>COLUMBUS, OH  43223<br><br>SSN #(1): XXX-XX-6012<br>SSN #(2): XXX-XX-7870 | CASE NO: 05-75540<br><br>CHAPTER 13<br><br>JUDGE: CHARLES M. CALDWELL |

NOTICE OF INTENTION
TO PAY ADDITIONAL CLAIM

NOW comes the Trustee and notifies the debtor(s) and the debtor(s) attorney of record that the following claim was filed against the estate of the debtor(s), and that such claim was not included in the previous Notice of Intent to Pay Claims:

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | % TO PAY | CLASSIFICATION |
|---|---|---|---|---|
| 00002 | COUNTRYWIDE HOME LOANS<br>400 COUNTRYWIDE WAY SV 46<br>SIMI VALLEY, CA  93065 | 832.26<br>CONTINUING | 100.00 | MORTGAGE |

The Trustee has examined the claim as filed and pursuant to 11 U.S.C. 502(a) the claim is deemed allowed for the amount claimed, payable in the manner classified, subject to the provisions of the Chapter 13 Plan and other Court orders.

NOTICE IS HEREBY GIVEN of the intention of the Chapter 13 Trustee to allow the claim of the creditor named in the amount set forth above pursuant to 11 U.S.C. 502(a), and Rule 3010 (b), Rules of Bankruptcy Procedure. Unless within twenty (20) days after this date an Objection to Claim along with a Notice of Motion and Opportunity for Hearing is filed with the Court, and served on the undersigned, and the claimant, the claim shall be allowed.

A copy of this Notice was served upon the debtor(s) and the debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at their address as they appear in this proceeding.

| | |
|---|---|
| Dated: June 01, 2009 | /s/Frank M. Pees<br>Chapter 13 Trustee |
| Attorney for Debtor:<br>SAMUEL L CALIG ESQ<br>854 E BROAD ST<br>COLUMBUS,  OH  43205 | FRANK M. PEES TRUSTEE<br>130 E WILSON BRIDGE RD #200<br>WORTHINGTON, OH  43085-6300<br>(614)436-6700 |

# CERTIFICATE OF NOTICE

```
District/off: 0648-2          User: orozcoa                Page 1 of 2             Date Rcvd: Jun 02, 2009
Case: 05-75540                Form ID: pdf13               Total Served: 38
```

The following entities were served by first class mail on Jun 04, 2009.
```
db/jdb        +Jeffrey Francis Howard,    Deborah Sue Howard,    1946 Westfield Dr. S.,    Columbus, OH 43223-3769
cr            +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
cr            +Sovereign Bank,    1130 Berkshire Blvd,    Wyomissing, PA 19610-1242
9603091       +America's Wholesale Lender,    c/o Countrywide Home Loans,    400 Countrywide way,
                Mail Stop SV-46,    Simi Valley, CA 93065-6298,    Attn: BK Department
9558850       +CAPITAL ONE BANK,    C/O TSYS DEBT MGMT,    PO BOX 5155,    NORCROSS, GA 30091-5155
9389931        Capital One,    P.O. Box 790216,    Saint Louis, MO 63179-0216
10951314      +Casa Investments Company,    17046 Mock Rd,    Berlin Center OH 44401-9725
9586864       +CitiFinancial, Inc.,    3025 West Broad Street,    Columbus, OH 43204-2653
9389932       +Citifinancial,    P.O. Box 6931,    The Lakes, NV 88901-6931
9389933        Countrywide Home Loans,    P.O. Box 660694,    Dallas, TX 75266-0694
9389934       +Fingerhut,    11 McLeland Road,    Saint Cloud, MN 56395-0001
9389935       +Guardian Finace,    6035 E. Main St.,    Columbus, OH 43213-3356
9389936        Household Finance,    P.O. Box 4153-K,    Carol Stream, IL 60197
9560667        JS & Associates Appraisal Services, LLC,    P.O. Box 360713,    Columbus, OH 43236-0713
9389938        King Size,    P.O. Box 659728,    San Antonio, TX 78265-9728
9389939        Lane Bryant,    P.O. Box 659728,    San Antonio, TX 78265-9728
9602992       +MERS, Inc.,    c/o Countrywide Home Loans,    400 Countrywide Way,    Mail Stop SV-46,
                Simi Valley, CA 93065-6298,    Attn: BK Department
9389941       +Meijers,    P.O. Box 960013,    Orlando, FL 32896-0013
11390397      +Portfolio Recovery Associates,    PO Box 41067,    Norfolk, VA 23541-1067
9389942        Romans,    P.O. Box 659728,    San Antonio, TX 78265-9728
9389943        Sears,    P.O. Box 182149,    Columbus, OH 43218-2149
9389944       +Seventh,    P.O. Box 2804,    Monroe, WI 53566-8004
10971380      +Sovereign Bank New England,    PO Box 130424,    Roseville  MN 55113-0004
9389945        U.S. Bank,    P.O. Box 790167,    Saint Louis, MO 63179-0167
9613396       +US Bank/Retail payment solutions,    PO Box 5229,    Cincinnati, OH 45201-5229
9389947       +Wells Fargo,    P.O. Box 98784,    Las Vegas, NV 89193-8784
9590000       +Wells Fargo Financial Ohio, Inc,    4137 121st st,    Urbandale, IA 50323-2310
9654632       +World Financial Network National Bank,    King Size,    c/o Weinstein & Riley, P.S.,
                2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
9654628       +World Financial Network National Bank,    Lane Bryant Mail Order,    c/o Weinstein & Riley, P.S.,
                2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
9654633       +World Financial Network National Bank,    Roaman's,    c/o Weinstein & Riley, P.S.,
                2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
9656272        eCAST Settlement Corporation, assignee of,    General Electric/JCP CONSUMER,    P.O. Box 35480,
                Newark, NJ  07193-5480
9656248        eCAST Settlement Corporation, assignee of,    General Electric/LOWES/RETAIL,    P.O. Box 35480,
                Newark, NJ  07193-5480
9656175        eCAST Settlement Corporation, assignee of,    General Electric/WAL-MART CONSUMER,    P.O. Box 35480,
                Newark, NJ  07193-5480
```

The following entities were served by electronic transmission on Jun 02, 2009.
```
9389937        E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2009 22:01:08     JC Penney,    P.O. Box 960001,
                Orlando, FL 32896-0001
9667702        E-mail/Text: resurgentbknotifications@resurgent.com
                LVNV Funding LLC., its successors and assigns, as,    Resurgent Capital Services,
                P.O. Box 10587,    Greenville, SC 29603-0587
9389940        E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2009 22:01:10     Lowe's,    P.O. Box 530914,
                Atlanta, GA 30353-0914
11670822       E-mail/PDF: BNCEmails@blinellc.com Jun 02 2009 22:13:31      Roundup Funding, LLC,    MS 550,
                PO Box 91121,    Seattle, WA 98111-9221
9389946        E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2009 22:01:09     Walmart,    P.O. Box 530927,
                Atlanta, GA 30353-0927
                                                                                              TOTAL: 5
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             America's Wholesale Lender
cr             CitiFinancial, Inc.
cr             Mortgage Electronic Registration Systems, Inc.
cr*            JS & Associates Appraisal Services, LLC,    P.O. Box 360713,    Columbus, OH  43236-0713
cr*            Roundup Funding, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
11905168*      Roundup Funding, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
11670823*      Roundup Funding, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTALS: 3, * 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0648-2          User: orozcoa             Page 2 of 2               Date Rcvd: Jun 02, 2009
Case: 05-75540                Form ID: pdf13            Total Served: 38

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 04, 2009**              **Signature:**        _Joseph Speetjens_