IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  JEFFREY FRANCIS HOWARD
        DEBORAH SUE HOWARD
        1946 WESTFIELD DR S
        COLUMBUS, OH  43223

Case No: 05-75540

Chapter 13

Judge: CHARLES M. CALDWELL

SSN #(1): XXX-XX-6012
SSN #(2): XXX-XX-7870

### PRE-BAPCPA CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY

The Case was commenced on October 14, 2005.
The plan was confirmed on January 05, 2006.
The Case was concluded on August 17, 2009.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
THIS CASE IS COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:     67,153.40

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 22.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| CAPITAL ONE BANK 00008    UNSECURED | 207.05 | 207.05 | 0.00 | 0.00 |
| CITIFINANCIAL 00001    SECURED | 1,812.00 | 1,812.00 | 147.81 | 0.00 |
| CITIFINANCIAL 10001    UNSECURED | 1,895.82 | 1,895.82 | 0.00 | 0.00 |
| COUNTRYWIDE HOME LOANS 00003    PRE-PET MTG ARREARS | 1,979.90 | 1,979.90 | 0.00 | 0.00 |
| COUNTRYWIDE HOME LOANS 00002    MORTGAGE | Continuing | 43,062.74 | 0.00 | 0.00 |
| COUNTRYWIDE HOME LOANS 00015    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| DEBORAH SUE HOWARD 00000    DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| eCAST SETTLEMENT CORPORATION 00011    UNSECURED | 100.25 | 100.25 | 0.00 | 0.00 |
| eCAST SETTLEMENT CORPORATION 00014    UNSECURED | 116.56 | 116.56 | 0.00 | 0.00 |
| eCAST SETTLEMENT CORPORATION 00019    UNSECURED | 100.71 | 100.71 | 0.00 | 0.00 |
| FINGERHUT 00009    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| GUARDIAN FINANCE CO 00005    SECURED | 50.00 | 50.00 | 0.00 | 0.00 |
| GUARDIAN FINANCE CO 00006    SECURED | Not filed | 0.00 | 0.00 | 0.00 |

**PRE-BAPCPA CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**

CASE NO. 05-75540   JEFFREY FRANCIS HOWARD and DEBORAH SUE HOWARD

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| GUARDIAN FINANCE CO 10005   UNSECURED | 50.20 | 50.20 | 0.00 | 0.00 |
| HOUSEHOLD FINANCE 00010   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| JEFFREY FRANCIS HOWARD 00000   DEBTOR REFUND | 0.00 | 692.30 | 0.00 | 0.00 |
| JOHN D CLUNK ESQ 00022   NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| JS & ASSOCIATES APPRAISAL SVCS 00023   APPRAISER | 175.00 | 175.00 | 0.00 | 0.00 |
| OFFICE OF THE US TRUSTEE 00021   NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY 00017   UNSECURED | 47.74 | 47.74 | 0.00 | 0.00 |
| ROUNDUP FUNDING 00012   UNSECURED | 80.26 | 80.26 | 0.00 | 0.00 |
| ROUNDUP FUNDING 00013   UNSECURED | 134.77 | 134.77 | 0.00 | 0.00 |
| ROUNDUP FUNDING 00016   UNSECURED | 47.69 | 47.69 | 0.00 | 0.00 |
| SEVENTH AVENUE 00018   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| SOVEREIGN BANK 00004   UNSECURED | 3,966.42 | 3,966.42 | 0.00 | 0.00 |
| US BANK/RETAIL PYMNT SOLUTIONS 00007   SECURED | 8,000.00 | 8,000.00 | 0.00 | 0.00 |
| US BANK/RETAIL PYMNT SOLUTIONS 10007   UNSECURED | 1,055.74 | 1,055.74 | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL OH INC 00020   UNSECURED | 127.51 | 127.51 | 0.00 | 0.00 |
| Previously refunded during pendency of case | 692.30 | 692.30 | | |
| Debtor refund to be issued upon the approval of the Final Report and Account | 1,242.22 | 1,242.22 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 11,841.90 | 0.00 | 36,048.66 | 0.00 | 1,934.52 | 49,825.08 |
| PRIN PAID | 11,841.90 | 0.00 | 7,930.72 | 43,062.74 | 1,934.52 | 64,769.88 |
| INT PAID | 147.81 | 0.00 | 0.00 | 0.00 | | 147.81 |
| | | | | | TOTAL PAID: | 64,917.69 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| SAMUEL L CALIG ESQ | 900.00 | 900.00 |

**PRE-BAPCPA CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 05-75540   JEFFREY FRANCIS HOWARD and DEBORAH SUE HOWARD

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 1,850.79 | 0.00 | 2.22 | 1,853.01 |

Dated: 09/02/2009

/s/ Frank M. Pees

FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  JEFFREY FRANCIS HOWARD  
       DEBORAH SUE HOWARD  
       1946 WESTFIELD DR S  
       COLUMBUS, OH  43223  

SSN #(1): XXX-XX-6012  
SSN #(2): XXX-XX-7870  

Case No: 05-75540

Chapter 13

Judge: CHARLES M. CALDWELL

## CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty (20) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Frank M. Pees, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Frank M. Pees  
FRANK M. PEES TRUSTEE  
130 E WILSON BRIDGE RD #200  
WORTHINGTON, OH  43085-6300  
(614)436-6700

# CERTIFICATE OF NOTICE

```
District/off: 0648-2           User: woodwarp              Page 1 of 2                   Date Rcvd: Sep 03, 2009
Case: 05-75540                 Form ID: pdf13              Total Noticed: 39
```

The following entities were noticed by first class mail on Sep 05, 2009.
```
db         +Jeffrey Francis Howard,    1946 Westfield Dr. S.,    Columbus, OH 43223-3769
jdb        +Deborah Sue Howard,    1946 Westfield Dr. S.,    Columbus, OH 43223-3769
cr         +PRA Receivables Management, LLC,    130 Corporate Blvd,    Norfolk, VA 23502-4952
cr         +Sovereign Bank,    1130 Berkshire Blvd,    Wyomissing, PA 19610-1242
9603091    +America's Wholesale Lender,    c/o Countrywide Home Loans,    400 Countrywide way,
             Mail Stop SV-46,    Simi Valley, CA 93065-6298,    Attn: BK Department
9558850    +CAPITAL ONE BANK,    C/O TSYS DEBT MGMT,    PO BOX 5155,    NORCROSS, GA 30091-5155
9389931     Capital One,    P.O. Box 790216,    Saint Louis, MO 63179-0216
10951314   +Casa Investments Company,    17046 Mock Rd,    Berlin Center OH 44401-9725
9586864    +CitiFinancial, Inc.,    3025 West Broad Street,    Columbus, OH 43204-2653
9389932    +Citifinancial,    P.O. Box 6931,    The Lakes, NV 88901-6931
9389933     Countrywide Home Loans,    P.O. Box 660694,    Dallas, TX 75266-0694
9389934    +Fingerhut,    11 McLeland Road,    Saint Cloud, MN 56395-0001
9389935    +Guardian Finace,    6035 E. Main St.,    Columbus, OH 43213-3356
9389936     Household Finance,    P.O. Box 4153-K,    Carol Stream, IL 60197
9560667     JS & Associates Appraisal Services, LLC,    P.O. Box 360713,    Columbus, OH 43236-0713
9389938     King Size,    P.O. Box 659728,    San Antonio, TX 78265-9728
9389939     Lane Bryant,    P.O. Box 659728,    San Antonio, TX 78265-9728
9602992    +MERS, Inc.,    c/o Countrywide Home Loans,    400 Countrywide Way,    Mail Stop SV-46,
             Simi Valley, CA 93065-6298,    Attn: BK Department
9389941    +Meijers,    P.O. Box 960013,    Orlando, FL 32896-0013
11390397   +Portfolio Recovery Associates,    PO Box 41067,    Norfolk, VA 23541-1067
9389942     Romans,    P.O. Box 659728,    San Antonio, TX 78265-9728
9389943     Sears,    P.O. Box 182149,    Columbus, OH 43218-2149
9389944    +Seventh,    P.O. Box 2804,    Monroe, WI 53566-8004
10971380   +Sovereign Bank New England,    PO Box 130424,    Roseville  MN 55113-0004
9389945     U.S. Bank,    P.O. Box 790167,    Saint Louis, MO 63179-0167
9613396    +US Bank/Retail payment solutions,    PO Box 5229,    Cincinnati, OH 45201-5229
9389947    +Wells Fargo,    P.O. Box 98784,    Las Vegas, NV 89193-8784
9590000    +Wells Fargo Financial Ohio, Inc,    4137 121st st,    Urbandale, IA 50323-2310
9654632    +World Financial Network National Bank,    King Size,    c/o Weinstein & Riley, P.S.,
             2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
9654628    +World Financial Network National Bank,    Lane Bryant Mail Order,    c/o Weinstein & Riley, P.S.,
             2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
9654633    +World Financial Network National Bank,    Roaman's,    c/o Weinstein & Riley, P.S.,
             2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
9656272     eCAST Settlement Corporation, assignee of,    General Electric/JCP CONSUMER,    P.O. Box 35480,
             Newark, NJ  07193-5480
9656248     eCAST Settlement Corporation, assignee of,    General Electric/LOWES/RETAIL,    P.O. Box 35480,
             Newark, NJ  07193-5480
9656175     eCAST Settlement Corporation, assignee of,    General Electric/WAL-MART CONSUMER,    P.O. Box 35480,
             Newark, NJ  07193-5480
```

The following entities were noticed by electronic transmission on Sep 03, 2009.
```
9389937       E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2009 21:53:08     JC Penney,    P.O. Box 960001,
               Orlando, FL 32896-0001
9667702       E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC., its successors and assigns, as,    Resurgent Capital Services,
               P.O. Box 10587,    Greenville, SC 29603-0587
9389940       E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2009 21:52:13     Lowe's,    P.O. Box 530914,
               Atlanta, GA 30353-0914
11670822      E-mail/PDF: BNCEmails@blinellc.com Sep 03 2009 21:53:07     Roundup Funding, LLC,    MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
9389946       E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2009 21:53:03     Walmart,    P.O. Box 530927,
               Atlanta, GA 30353-0927
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           America's Wholesale Lender
cr           CitiFinancial, Inc.
cr           Mortgage Electronic Registration Systems, Inc.
cr*          JS & Associates Appraisal Services, LLC,    P.O. Box 360713,    Columbus, OH  43236-0713
cr*          Roundup Funding, LLC,    MS 550,    PO Box 91121,    Seattle, WA  98111-9221
11905168*    Roundup Funding, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111 9221
11670823*    Roundup Funding, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
                                                                                   TOTALS: 3, * 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0648-2          User: woodwarp           Page 2 of 2             Date Rcvd: Sep 03, 2009
Case: 05-75540                Form ID: pdf13           Total Noticed: 39

          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 05, 2009**                    **Signature:** *Joseph Speetjens*