Form a0nclose

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215−2414**

In Re: Jeffrey Francis Howard
      Deborah Sue Howard
          Debtor(s)
SSN/TAX ID:
    xxx−xx−6012
    xxx−xx−7870

Case No.: 2:05−bk−75540

Chapter: 13

Judge: Charles M Caldwell

**Notice Regarding Status of Case Closing**

The above captioned case cannot be closed due to the following:

☐ No indication of the 341 Meeting Held

☐ Report of No Distribution or Final Report Needed

☐ Final Account (and Closing Certification, if applicable) Needed

☑ Pending Motion(s) / Application(s): 59 +Motion to Deem Mortgage Current (Countrywide Home Loans) Filed by Trustee Frank M Pees (^Pees26, Frank) Capitalization Modified on 12/2/2009 (2ps). (Entered: 12/01/2009)

☐ Other:

Dated: February 2, 2010

                                FOR THE COURT:
                                Kenneth Jordan
                                Clerk, U.S. Bankruptcy Court